# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
January 4, 2010

Charles R. Fulbruge III
Clerk

No. 09-20312
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

EVARISTO RODRIGUEZ-GODIN, also known as Evaristo Godin Rodriguez, also known as Evaristo Rodriguez, also known as Jose Rodriguez,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:08-CR-782-1

Before DAVIS, SMITH and DENNIS, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Evaristo Rodriguez-Godin has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967). Rodriguez-Godin has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.